UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                             No. 13-cr-305(3) (JNE/JJK)
                                                               ORDER
Matthew David Birt,

        Defendant.

        This matter is before the Court on a Report and Recommendation, ECF No. 92, in which

the United States Magistrate Judge recommends that Defendant Matthew David Birt's Motion to

Sever Defendants, ECF No. 80, be denied.  Birt did not object, and the Court now adopts the

Report and Recommendation.

        Based on the files, records, and proceedings herein, and for the reasons stated above, IT

IS ORDERED THAT:

    1.  Defendant Birt's Motion to Sever Defendants [ECF No. 80] is DENIED.

Dated: August 20, 2014                         s/Joan N. Ericksen
                                               JOAN N. ERICKSEN
                                               United States District Judge